IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY E. TUCKER, ) | |
| Petitioner, ) | |
| v. ) | Case No. 1:11-cv-8045-IPJ-PWG |
| ) | 1:09-cr-0165-IPJ-PWG |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On February 27, 2014, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2255 be denied and dismissed with prejudice. The petitioner filed objections to the report and recommendation on March 13, 2014.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the court is of the opinion that the petitioner's objections are due to be and hereby are OVERRULED, the magistrate judge's report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petitioner's motion to expand the record (doc. 13) is GRANTED. All other pending motions are DENIED. The petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DATED this 17th day of March, 2014.

INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE